IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 99-11393
Summary Calendar
_____

RICKEY EDWARDS,

Plaintiff-Appellant,

versus

BILLY R. SCOTT, Officer,

Defendant-Appellee.

_____

Appeal from the United States District Court for
the Northern District of Texas
(USDC No. 3:99-CV-182-H)
_____

Junne 1, 2000

Before REAVLEY, SMITH and DENNIS, Circuit Judges.

PER CURIAM:[*]

We affirm for the reasons given by the trial court.

**AFFIRMED.**

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.